# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-16-00077-CV

**In re Commitment of Billy Dean Price**

(No. CV-16-42488 IN 336TH DISTRICT COURT OF FANNIN COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | INDIGENT | BILLY PRICE |
| MOTION FEE | $10.00 | INDIGENT | BILLY PRICE |
| REPORTER'S RECORD | $4,353.00 | INDIGENT | BILLY PRICE |
| CLERK'S RECORD | $0.00 | INDIGENT | BILLY PRICE |
| FILING | $205.00 | INDIGENT | BILLY PRICE |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this May 18, 2018.

**DEBRA AUTREY, CLERK**

By _____
                                    Deputy